Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Steve Cortez ALVORADA |
| **Docket Number:** | 1:08CR00057-001 |
| **Offender Address:** | Tulare, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/22/2008 |
| **Original Offense:** | Theft of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 36 months probation, $2,216.96 restitution, $100 SA, Mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Will not dissipate any assets until restitution is paid in full; 3) Allow access to financial information by the probation officer; 4) Will not have any new credit charges or open additional lines of credit without the probation officer approval; 5) Shall participate in drug or substance abuse treatment; 6) Shall participate in drug or alcohol testing; 7) Shall complete 100 hours of community service; 8) Shall participate in a co-payment plan for treatment or testing as directed by the probation officer. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 09/22/2008 |
| **Assistant U.S. Attorney:** | Mark J. McCain    **Telephone:** (559) 487-4000 |
| **Defense Attorney:** | Marc Days    **Telephone:** (559) 487-5561 |

**RE:    Steve Cortez ALVORADA**
   **Docket Number:  1:08CR00057**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| 05/19/2009: | Noncompliance Report filed with the Court, advising of defendant's illicit drug use, to wit: marijuana.  The probation officer recommended the Court take no negative action in order to allow the defendant to benefit from intensified substance abuse treatment.  The Court approved. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

**As directed by the probation officer, the defendant shall participate and complete the 90-day Inpatient Residential Program, at Westward, Fresno, California.**

**Justification:**    The defendant tested positive for marijuana use on April 4, 2011.  This officer continued to collect urine specimens on a weekly basis, as the defendant stated that he had used just the one time.  However, each week the urine specimens had continued to produce positive marijuana results.  Therefore, between April 4, 2011, and June 1, 2011, the defendant tested positive for marijuana use on eight different occasions.

On June 6, 2011, the Waiver of Hearing Form (Prob49) was read to the defendant, and he voluntarily signed the form, agreeing to seek inpatient assistance for his drug abuse problem.  The defendant admitted to his continued marijuana use, and is seeking treatment.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits the above-noted violation behavior to be addressed through residential placement.

Should the Court have any questions or need additional information, please do not hesitate to contact this officer.

**RE:** Steve Cortez ALVORADA
Docket Number: 1:08CR00057
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

/s/ Ben J. Blankenship

**BEN J. BLANKENSHIP**
**Senior United States Probation Officer**
Telephone: (559) 734-0317

**DATED:** June 13, 2011
Visalia, California

**REVIEWED BY:** /s/ Thomas A. Burgess
**Thomas A. Burgess**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

(  )   Modification not approved at this time. Probation Officer to contact Court.

June 14, 2011                                               /s/ OLIVER W. WANGER
**Date**                                                       **Signature of Judicial Officer**

cc:   United States Probation
      M. McCain, Assistant United States Attorney
      M. Days, Assistant Federal Defender
      Defendant
      Court File